UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FELIX GARCIA,

    Petitioner,

    -against-                                      09 Civ. 6593 (CM)(JCF)

HAROLD GRAHAM,

    Respondent.

------------------------------------------------------------x

**MEMORANDUM ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AS THE OPINION OF THE COURT AND DISMISSING THE PETITION FOR A WRIT OF HABEAS CORPUS**

McMahon, J.:

    The court has reviewed the Report and Recommendation of The Hon. James C. Francis IV, U.S.M.J., filed June 4, 2010, in which the learned Magistrate Judge recommends that the instant petition for a writ of habeas corpus be denied and this action dismissed.

    The time for filing objections to the Report has passed. No objections have been filed and there is no record of any party's asking for additional time to file objections.

    The court adopts the Report as its decision and dismisses the petition.

    As Petitioner has made no substantial showing of the denial of a constitutional right, there is no question of substance for appellate review. Therefore, no certificate of appealability shall issue. 28 U.S.C. § 2253; see *United States v. Perez*, 129 F. 3d 255, 259-60 (2d Cir. 1997); *Lozada v. United States*, 107 F. 3d 1011 (2d Cir. 1997); *Rodriguez v. Scully*, 905 F. 2d 24 (2d Cir. 1990). I certify, pursuant to 28 U.S.C. § 1915(a), that an appeal from this order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438 (1962).

Dated: September 13, 2010

                                                                    [signature]

                                                                    U.S.D.J.

DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/13/10

Copies mailed/faxed/handed to counsel on 9/13/10

By First Class Mail To:

Felix Garcia
04-A-2384
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024

Karen S. Scholssberg, Esq.
Assistant District Attorney
One Hogan Place
New York, New York  10013

By Hand to Magistrate Judge Francis